**Electronically Filed
Supreme Court
SCWC-22-0000604
18-SEP-2025
08:05 AM
Dkt. 11 ODAC**

SCWC-22-0000604

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF GM

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000604; FC-J NO. 0117290)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Kawamura, in place of Recktenwald, C.J., recused)

Petitioner/Minor-Appellant GM's application for writ of

certiorari filed on August 8, 2025, is rejected.

DATED: Honolulu, Hawaiʻi, September 18, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura

